FILE COPY

RE: Case No. 14-0403                    DATE: 4/29/2015
    COA #: 04-12-00852-CV    TC#: 2008-CVF-000665-D2
STYLE: THOMAS A. LAMONT
    v. JERRY L. HAMBLIN AND RICOCHET ENERGY, INC.
     Petitioner's motion for rehearing was this day filed in the above styled and numbered case.


                    MS. ESTHER DEGOLLADO
                    WEBB COUNTY DISTRICT CLERK
                    1110 VICTORIA ST. SUITE 203
                    LAREDO, TX   78040

RE: Case No. 14-0403                    DATE: 4/29/2015
COA #: 04-12-00852-CV     TC#: 2008-CVF-000665-D2
STYLE: THOMAS A. LAMONT
   v. JERRY L. HAMBLIN AND RICOCHET ENERGY, INC.

     Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

                    MR. WALLACE B. JEFFERSON
                    ALEXANDER DUBOSE JEFFERSON &
                    TOWNSEND LLP
                    515 CONGRESS AVENUE, SUITE 2350
                    AUSTIN, TX  78701-3562

FILE COPY

RE: Case No. 14-0403          DATE: 4/29/2015
    COA #: 04-12-00852-CV    TC#: 2008-CVF-000665-D2
STYLE: THOMAS A. LAMONT
   v. JERRY L. HAMBLIN AND RICOCHET ENERGY, INC.

Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

MR. KEITH E. HOTTLE
CLERK, FOURTH COURT OF APPEALS
BEXAR COUNTY JUSTICE CENTER
300 DOLOROSA, STE. 3200
SAN ANTONIO, TX  78205

FILE COPY

RE: Case No. 14-0403                    DATE: 4/29/2015
COA #: 04-12-00852-CV    TC#: 2008-CVF-000665-D2
STYLE: THOMAS A. LAMONT
   v. JERRY L. HAMBLIN AND RICOCHET ENERGY, INC.
     Petitioner's motion for rehearing was this day
filed in the above styled and numbered case.




                    MR. BYRON C. KEELING
                    KEELING & DOWNES PC
                    1500 MCGOWEN, SUITE 220
                    HOUSTON, TX  77004